IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. SHAWN JACKSON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY – OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION** | : : : | NO. 23-3170 |

## ORDER

**NOW**, this 26th day of January, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.